IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| MICHEL SOUZA MEDEIROS, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>  Defendants. | Civil Action No. 3:22-cv-00723-G |

**DEFENDANTS' UNOPPOSED MOTION FOR AN
<u>EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND</u>**

In this case, Plaintiffs seek a writ of mandamus to compel U.S. Citizenship and Immigration Services (USCIS) to adjudicate a Form I-140, "Immigrant Petition for Alien Workers," and Forms I-485, "Application to Register Permanent Residence or Adjust Status."  *See* Doc. 1 at 2, 6–7.  Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants respectfully move the Court for a 75-day extension of time to answer or otherwise respond to the complaint, which would extend the response deadline from June 3, 2022 to August 17, 2022.  The reason for this extension request is that, on April 20, 2022, USCIS issued a request for evidence to Plaintiff Michel Souza Medeiros in connection with the Form I-140.  A response to the request for evidence is due by July 18, 2022, which constitutes the maximum period allowed for responding to requests for evidence.  *See* 8 C.F.R. § 103.2(b)(8)(iv) ("The request for evidence . . . will indicate the deadline for response, but in no case shall the maximum response period provided in a

**Defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Respond – Page 1**

request for evidence exceed twelve weeks . . . .").[1] Upon receipt of a response to the request for evidence, USCIS will resume processing the applications at issue. USCIS expects that, by August 17, 2022, it will have either completed adjudicating the applications, rendering the lawsuit moot, or at least be in a significantly better position to determine what additional steps may be necessary before completing adjudication. Plaintiffs do not oppose this extension request. Therefore, Defendants respectfully move the Court for a 75-day extension of time to answer or otherwise respond to Plaintiffs' complaint, from June 3, 2022 to August 17, 2022.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

/s/ Lisa R. Hasday
Lisa R. Hasday
Assistant United States Attorney
Texas Bar No. 24075989
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8737
Facsimile:   214-659-8807
lisa.hasday@usdoj.gov

Attorneys for Defendants

---

[1] Defendants note that, in response to the Covid-19 pandemic, USCIS has extended flexibilities for responding to agency requests and, before taking any action, the agency will consider a response to a request for evidence that is received within 60 calendar days after the response due date set in the request. *See* https://www.uscis.gov/newsroom/alerts/uscis-extends-flexibility-for-responding-to-agency-requests-1.

**Defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Respond – Page 2**

## Certificate of Conference

I certify that, on May 26, 2022, I conferred with Plaintiffs' counsel regarding this motion, and counsel stated that Plaintiffs do not oppose the motion.

/s/ Lisa R. Hasday
Lisa R. Hasday
Assistant United States Attorney

## Certificate of Service

On May 26, 2022, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Lisa R. Hasday
Lisa R. Hasday
Assistant United States Attorney